IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATE OF AMERICA, | CASE NO. 8:21-CR-90 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| JUSTIN T. HAIL, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_____     06/24/2021
Defendant                     Date

_____     6/24/2021
Attorney for Defendant        Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __25__ day of __June__, 2021.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

# This document was signed by:

## Justin Hail



| | |
|---|---|
| Date | 6/24/2021 5:41 PM UTC |
| Phone | 6063414017 |
| IP Address | 74.139.74.151 |
| Confirmation | 35D7AEDEF6DAD0D54A92F01733C092B8A7D329F24AF9A015E946AE9A142388DF |

**VINESIGN.COM**